CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-00480-DWF-SRN
### Internal Use Only

Larson v. LG Philips LCD Company LTD, et al
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Susan R. Nelson
Related Case: 0:07-cv-01154-DWF-SRN
Cause: 15:1 Antitrust Litigation

Date Filed: 01/26/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Jeffrey Larson**
*on behalf of himself and all others similarly situated*

represented by **Daniel E Gustafson**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S Kilene**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
(612) 333-8844
Fax: (612) 339-6622
Email: jkilene@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renae D Steiner**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: rsteiner@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A true printed copy in 4 sheet(s) of the electronic record filed on 6/5/07, in the United States District Court for the District of Minnesota.
CERTIFIED, 6/5, 2007.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
JUN 0 5 2007
U.S. DISTRICT COURT ST. PAUL

V.

### Defendant

LG Philips LCD Company LTD,

**Defendant**

LG Philips LCD America, Inc.

**Defendant**

LG Electronics Inc.

**Defendant**

Royal Philips Electronics NV

**Defendant**

Samsung Electronics Co., Ltd.

**Defendant**

Samsung Semiconductor, Inc.

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co., Ltd.

**Defendant**

Hitachi Ltd.

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi America Ltd.

**Defendant**

Hitachi Electronic Devices (USA), Inc.

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

IDT International Ltd.

**Defendant**

International Display Technology Co., Ltd.

**Defendant**

International Display Technology USA Inc.

**Defendant**

Chunghwa Picture Tubes Ltd.

**Defendant**

HannStar Display Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2007 | 1 | COMPLAINT with Jury Demand against all defendants ( Filing fee $ 350 receipt number 10282.) assigned to Judge Donovan W. Frank per Anti Trust List referred to Magistrate Judge Susan R. Nelson, filed by Jeffrey Larson. (Attachments: # 1 Civil Cover Sheet)(dch) (Entered: 01/29/2007) |
| 01/26/2007 |  | Summons Issued as to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., |

| | | |
|---|---|---|
| | | International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., HannStar Display Corporation, LG Philips LCD Company LTD,, LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV. (dch) (Entered: 01/29/2007) |
| 03/15/2007 | ●2 | STIPULATION *and Order for Extension of Time* by Jeffrey Larson. (Steiner, Renae) (Entered: 03/15/2007) |
| 03/16/2007 | ●3 | ORDER GRANTING EXTENSION TIME TO ANSWER. Signed by Magistrate Judge Susan R. Nelson on 03/16/2007. (jc) (Entered: 03/16/2007) |
| 04/13/2007 | ●4 | ORDER that 07cv1154 is reassigned to Judge Donovan W. Frank and Magistrate Judge Susan R. Nelson. Signed by Judge Donovan W. Frank on 4/12/07 and Judge Michael J. Davis on 4/13/07. (JME) (Entered: 04/13/2007) |
| 06/04/2007 | ●5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO - 1) transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Susan Y. Illston. (dch) (Entered: 06/05/2007) |
| 06/04/2007 | ● | NOTICE Case has been transferred via email to the Northern District of California pursuant to CTO - 1. (dch) (Entered: 06/05/2007) |