1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11  | IN RE TFT-LCD (FLAT PANEL)              | Master File No. C07-1827 SI
    | ANTITRUST LITIGATION
12
13  |                                          | No. C-07-2796 SI
    | THIS DOCUMENT RELATES TO
14
    | *EMW, Inc. v. LG Philips LCD Co., Ltd. et
15  | al.*                                     | [PROPOSED] ORDER APPOINTING
                                                 INTERIM CLASS COUNSEL FOR THE
16  | Case No. C-07-2796 SI and                  CALIFORNIA INDIRECT PURCHASERS
                                                 SUBGROUP
17  | ALL INDIRECT PURCHASER
    | ACTIONS
18
19
20
21
22
23    Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect
24  Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.
25  Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the
26  putative class of indirect purchasers. After reviewing the papers filed and hearing argument by
27  all parties: the court hereby enters the following order:
28

PETITION TO BE APPOINTED INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP

- 2 -

21  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3  Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4  Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5  Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6  Subgroup and putative class.

7

8  Dated: July ___, 2007                                    _____
                                                            Honorable Susan Illston
9                                                           UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP